# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Nick Henslee, a single man, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Chromalloy Gas Turbine, LLC, dba ) <br> Chromalloy Arizona, ) <br> ) <br> Defendant, ) | CV-13-2206-PHX-DKD <br> **JUDGMENT** |

    IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs having accepted Defendant's Offer of Judgment, judgment is hereby entered in favor of Plaintiffs and against Defendant in the following amounts: $5,069.26 in favor of Plaintiff Nick Henslee; $1,715.02 in favor of Plaintiff Charles Lyles; $887.92 in favor of Plaintiff Nikki Nelson; $4,062.50 as to all Plaintiffs' reasonable attorneys' fees; and $1,330.20 as to all Plaintiffs' costs. This matter is hereby dismissed.

January 30, 2014                      BRIAN D. KARTH
                                         Clerk/DCE

                                         S/L. Dixon
                                         (By) Deputy Clerk

cc: all counsel